# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

Julio Leonal Ortiz Santos, )
and Margarita Santos Juarez )
  )
      Plaintiffs, ) C.A. No. S23C-12-025 MHC
  )
v. )
  )
Yolanda Reynolds and )
Gwendolyn Smack )
  )
      Defendants. )
  )

## ORDER DISMISSING THE COMPLAINT WITH LEAVE TO TRANSFER

Now this 19th day of February, 2024, upon review of Plaintiffs' Petition for Writ of Ejectment and statements made by both parties to the Court on Friday, February 16, 2024, it is obvious to the Court that this is a boundary line dispute requiring an action to quiet title. Actions to quiet title are within the sole jurisdiction of the Court of Chancery and cannot be heard as Writs of Ejectment in this Court.[1] **THEREFORE, IT IS HEREBY ORDERED** that the Writ of Ejectment is **DISMISSED** in its entirety with leave to transfer pursuant to 10 *Del. C.* §1902**.**

*/s/ Mark H. Conner*
        Mark H. Conner, Judge

cc:    Prothonotary
       Dean Campbell, Esquire
       Yolanda Reynolds

---

[1] *Cook v. Deep Hole Creek Associates*, 2021 WL 1561410 (Del. Super. April 21, 2021).